**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2955

_____

Vance E. Tivis,               *

                           *

      Appellant,        *

                           *  Appeal from the United States

    v.                 *  District Court for the

                           *  Western District of Missouri.

Dora Schriro            *

                           *       [Unpublished]

      Appellee.        *

_____

Submitted:  April 7, 1997

Filed:  April 24, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

    Vance E. Tivis, a Missouri inmate, appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion seeking relief from the denial of his 28 U.S.C. § 2254 petition. As Tivis has not alleged or demonstrated "exceptional circumstances" warranting extraordinary relief, we conclude the district court did not

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

abuse its discretion in denying Tivis's Rule 60(b) motion.  See Robinson v. Armontrout, 8 F.3d 6, 7 (8th  Cir. 1993) (standard of review; Rule 60(b) factors warranting relief); Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988) (appeal from denial of Rule 60(b) motion does not raise underlying judgment for review).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-